# C. C. FUNK v. MISSISSIPPI & RUM RIVER BOOM COMPANY.[2]

July 2, 1909.

Nos. 16,214—(173).

Action in the district court for Anoka county to recover $500 damages for the negligence of defendant in allowing a jam of logs in the Mississippi river to deflect the water and logs upon the land of plaintiff. The case was tried before

[1] Reported in 121 N. W. 1134.

[2] Reported in 121 N. W. 1134.

108 M.—34.

Giddings, J., who found as conclusion of law that plaintiff was entitled to $350. From an order denying defendant's motion for a new trial, it appealed. Affirmed.

*Dodge & Tautges*, for appellant.

*Will A. Blanchard* and *Albert F. Pratt*, for respondent.

PER CURIAM.

The principal question involved in this case is whether the evidence sustains the findings of the trial court to the effect that plaintiff's property was damaged as claimed in the complaint. We find in the record sufficient evidence, and sustain the findings. The assignments of error on the subject of the admission of evidence are disposed of by the case of Hueston v. Mississippi & R. R. Boom Co., 76 Minn. 251, 79 N. W. 92, and the question of plaintiff's ownership of the land by Rau v. Minnesota Valley R. Co., 13 Minn. 407 (442). The damages are not excessive.

Order affirmed.